IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**DAVID MEYERS,**

    Petitioner,

v.                                                                   Civil Action No. **3:13CV261**

**UNITED STATES OF AMERICA,**

    Respondent.

### MEMORANDUM OPINION

On April 29, 2015, the United States Postal Service returned the Memorandum Order entered on April 15, 2015 to the Court marked, "RETURN TO SENDER," and "Inmate Released." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Date: 5-11-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge